UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAFAEL RIVERA,

        Petitioner,

v.

JEFFREY A UTTECHT,

        Respondent.

CASE NO. C11-5693-RJB-JRC

ORDER GRANTING PETITIONER'S MOTIONS FOR AN EXTENSION OF TIME

This petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner has filed two motions asking for an extension of time to file a traverse (ECF No. 14 and 15). The motions are GRANTED. The traverse will be due on or before February 24, 2012.

Dated this 27th day of January, 2012.

*J. Richard Creatura* (signature)

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING PETITIONER'S MOTIONS
FOR AN EXTENSION OF TIME - 1