UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| RAFAEL RIVERA, | |
|---|---|
| Petitioner, | CASE NO. C11-5693-RJB-JRC |
| v. | ORDER GRANTING PETITIONER'S MOTIONS FOR AN EXTENSION OF TIME |
| JEFFREY A UTTECHT, | |
| Respondent. | |

This petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner has filed two motions asking for an extension of time to file a traverse (ECF No. 14 and 15). The motions are GRANTED. The traverse will be due on or before February 24, 2012.

Dated this 27th day of January, 2012.

J. Richard Creatura
United States Magistrate Judge