UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAFAEL RIVERA,<br><br>               Petitioner,<br><br>   v.<br><br>JEFFREY A UTTECHT,<br><br>               Respondent. | CASE NO. C11-5693-RJB-JRC<br><br>ORDER DENYING APPOINTMENT OF COUNSEL |

Petitioner has filed a motion for appointment of counsel (ECF No. 18). There is no right to have counsel appointed in cases brought under 28 U.S.C. § 2254 unless an evidentiary hearing is required, because the action is civil, not criminal, in nature. Brown v. Vasquez, 952 F.2d 1164, 1168 (9th Cir. 1991) (*citing* McCleskey v. Zant, 499 U.S. 467, 495 (1991)); see Ortiz v. Stewart, 149 F.3d 923, 939 (9th Cir. 1998) ("There is simply no constitutional right to an attorney in a state post-conviction proceeding."); see also Terrovona v. Kincheloe, 852 F.2d 424, 429 (9th Cir. 1988); and Rule 8(c) of the Rules Governing Section 2254 Cases in the United States District Courts." The Court has not ordered an evidentiary hearing in this case and has recommended the

petition be denied. In light of that Report and Recommendation, petitioner's motion for appointment of counsel, (ECF No. 18), is DENIED.

Dated this 4th day of April, 2012.

J. Richard Creatura
United States Magistrate Judge