UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAFAEL RIVERA,

                    Petitioner,

        v.

JEFFREY A. UTTECHT,

                    Respondent.

CASE NO. C11-5693 RJB

ORDER ADOPTING REPORT AND
RECOMMENDATION DENYING
PETITION FOR WRIT OF HABEAS
CORPUS

    This matter comes before the Court on the Report and Recommendation of Magistrate Judge J. Richard Creatura.  Dkt. 20.  The Magistrate Judge recommends that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed and that a certificate of appealability be denied.  *Id*.  Petitioner has filed objections to the Report and Recommendation. Dkt. 23.  The Court has considered the relevant documents and conducted a *de novo* review of the record.

## INRODUCTION AND BACKGROUND

    Petitioner was convicted by jury trial of five counts of child molestation.  The Thurston County Superior Court sentenced him to five concurrent sentences of 198 months to life.  After

1   pursuing state remedies, Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. §

2   2254 with this Court.  Dkt. 5.

3        Petitioner raises eight grounds for relief: (1) Fourth Amendment exclusionary rule; (2)

4   Deliberate withholding of evidence; (3) Denial of ability to present witnesses; (4) Ineffective

5   assistance of counsel; (5) Newly discovered evidence; (6) Right to confront his accusers and

6   present a defense; (7) Compulsory process; and (8) Due Process right to fair trial.  Dkt. 5.

7        The Magistrate Judge concluded that an evidentiary hearing was unnecessary as

8   Petitioner's claims rely on established rules of constitutional law. Further, there are no factual

9   issues that could not have been previously discovered by due diligence. Finally, the facts

10  underlying petitioner's claims are insufficient to establish that no rational fact finder would have

11  found him guilty of the crime.  Dkt. 20 p. 7.

12       The Petitioner agreed with Respondent that the grounds for relief (5) and (8) were

13  procedurally barred and they were not addressed by the Magistrate Judge.  Dkt, 12 p. 8; Dkt. 17

14  p. 2; Dkt. 20 p. 6.

15       The claim of ineffective assistance of counsel was also found to be procedurally barred.

16  Dkt. 20  pp. 12-14.  In the alternative, the Magistrate Judge considered the issue on the merits

17  and found Petitioner failed to show that counsel was ineffective or that the decision of the state

18  court was objectively unreasonable.  Dkt. 20 pp. 14-18.  The Magistrate Judge found remaining

19  five grounds for relief do not meet the standard for habeas corpus relief.  Dkt. 20 pp. 7-11, 19-21.

20       The Magistrate Judge further found that Petitioner was not entitled to a certificate of

21  appealability because he failed to demonstrate that jurists of reason could disagree with the

22  district court's resolution of his constitutional claims or that jurists could conclude the issues

23  presented are adequate to deserve encouragement to proceed further.  Dkt. 20 p. 20.

24

1    Petitioner objects to all adverse rulings in the Report and Recommendation, restating his

2    prior arguments.  Dkt. 23.

3                                 **FOURTH AMENDMENT CLAIM**

4    It is not necessary that a petitioner actually litigate the Fourth Amendment claim in state

5    court.  Habeas corpus review of such claims is barred so long as the petitioner had the

6    opportunity to litigate the claims in state court.  *Stone v. Powell*, 428 U.S. 465, 482 (1976).

7    Despite Petitioner's protestations to the contrary, the record reflects that Petitioner had the

8    opportunity to challenge evidence based on a Fourth Amendment challenge at trial and on

9    appeal.  The first ground for relief is dismissed as barred from habeas review.

10                              **WITHHOLDING EVIDENCE CLAIM**

11    The Magistrate Judge found, and the record demonstrates, that the prosecution did not

12    hide or fail to disclose evidence.  The ruling of the state court regarding ground for relief number

13    two is not contrary to, and does not involved an unreasonable application of, clearly established

14    federal law, as determined by the Supreme Court.  Further, the decision is not based on an

15    unreasonable determination of the facts in light of the evidence presented to the state courts.

16    This ground for relief is denied.

17                             **ABILITY TO PRESENT WITNESSES**

18    The Magistrate Judge found Petitioner's assertions that he was denied the ability to

19    present witnesses patently without merit.  The record supports this conclusion.  The request for

20    relief in ground three is denied.

21                           **INEFFECTIVE ASSISTANCE OF COUNSEL**

22    The Magistrate Judge found that Petitioner failed to fairly present his ineffectiveness

23    claim to the state courts and the claim is now procedurally barred.  Dkt. 20 pp. 12-14.  In the

24

ORDER ADOPTING REPORT AND
RECOMMENDATION DENYING PETITION FOR
WRIT OF HABEAS CORPUS- 3

1   alternative, as thoroughly reviewed and detailed in the Report and Recommendation, the

2   Magistrate Judge found that Petitioner failed to show that counsel was ineffective or that the

3   decision of the state court was objectively unreasonable.  Dkt. 20 pp. 14-18.  Petitioner's

4   objections to this finding are unpersuasive.  The claim of ineffective assistance of counsel is

5   denied.

6                    **RIGHT OT CONFRONT ACCUSERS AND PRESENT A DEFENSE**

7           As detailed in the Report and Recommendation, Petitioner's accusers all testified and

8   were subject to cross examination and Petitioner's ability to subpoena witnesses was not limited.

9   Dkt. 20 p. 19.  This ground for relief is without merit and denied.

10                            **RIGHT TO COMPULSORY PROCESS**

11          Petitioner was not denied compulsory process.  His counsel indicated to the trial court

12  that the defendant was the only witness the defense was calling.  Dkt. 20 p. 20.  Petitioner could

13  have called other witnesses if he so chose.  None of the rulings made by the state court violate

14  clearly established federal law and the decision was based the evidence presented to the state

15  courts.

16                                  **EVIDENTIARY HEARING**

17          Petitioner objects to the lack of an evidentiary hearing on his Fourth Amendment and

18  ineffective assistance of counsel claims.  Petitioner's claims are governed by established rules of

19  constitutional law and the facts underlying Petitioner's claims are insufficient to establish that no

20  rational fact finder would have found him guilty of the crime.  An evidentiary hearing is not

21  necessary to decide this case.

22

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION DENYING PETITION FOR
WRIT OF HABEAS CORPUS- 4

1     **CERTIFICATE OF APPEALABILITY**

2          A certificate of appealability may issue only if a petitioner has made "a substantial

3     showing of the denial of a constitutional right."  See 28 U.S.C. § 2253(c)(2).  A petitioner

4     satisfies this standard "by demonstrating that jurists of reason could disagree with the district

5     court's resolution of his constitutional claims or that jurists could conclude the issues presented

6     are adequate to deserve encouragement to proceed further."  *Miller-El v. Cockrell*, 537 U.S. 322,

7     327 (2003).  Petitioner has not met this burden.

8     **CONCLUSION**

9

10         The Court, having reviewed the Report and Recommendation of Magistrate Judge J.

      Richard Creatura, Objections to the Report and Recommendation, and the remaining record,

11    does hereby find and **ORDER**:

12         1.     The Court adopts the Report and Recommendation (Dkt. 20);

13         2.     The petition (Dkt. 5) is **DENIED** for the reasons stated in the Report and
                  Recommendation.

14

15         3.     No certificate of appealability is granted.

16         4.     The Clerk is directed to send a copy of this Order to Plaintiff, and to the
                  Hon. J. Richard Creatura.

17    Dated this 25th day of June, 2012.

18

19

20    ROBERT J. BRYAN
      United States District Judge

21

22

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION DENYING PETITION FOR
WRIT OF HABEAS CORPUS- 5